# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                            **Case No. 6:09-cv-1319-Orl-28GJK**

**LARRY C. JOHNSON,**

        **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment Against Defendant Larry C. Johnson (Doc. No. 7) filed December 16, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 9, 2010 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment Against Defendant Larry C. Johnson (Doc. No. 7) is **GRANTED.**

    3.    Plaintiff is awarded $3,039,856.60.

    4.    Plaintiff is also awarded interest at the applicable quarterly rate set forth in 26 U.S.C. § § 6621, 6622 from December 1, 2009 to the date of judgment. Plaintiff shall

prepare a proposed order setting forth the interest as of April 14, 2010. The proposed order shall be submitted no later than April 9, 2010.

5. Plaintiff is awarded post-judgment interest at the rate allowed by law.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3 /__ day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party